UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY COLUCCI; VANESSA
LORRAINE SKIPPER; and KELLY
BAKER,

    Plaintiffs,

v.                                          Case No. 6:21-cv-681-RBD-GJK

HEALTH FIRST, INC.,

    Defendant.
_____

## ORDER

On *sua sponte* review, Plaintiffs' Complaint (Doc. 1) is dismissed as an impermissible shotgun pleading.

A shotgun complaint "is [one] containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." *Weiland v. Palm Beach Cnty. Sheriff's Office*, 792 F.3d 1313, 1321 (11th Cir. 2015). Such pleadings impose on the Court the onerous task of sifting out irrelevancies to determine which facts are relevant to which causes of action. *See id.* at 1323.

Here, as Plaintiffs' Second and Third Claims incorporate all preceding

-1-

allegations (*see* Doc. 1, ¶¶ 104, 107), the Complaint constitutes an impermissible shotgun pleading and must be dismissed. *See Cramer v. Florida*, 117 F.3d 1258, 1263 (11th Cir. 1997). If Plaintiffs choose to replead, the amended complaint must clearly delineate which factual allegations are relevant to each claim.

It is **ORDERED AND ADJUDGED**:

1. Plaintiffs' Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

2. By **Wednesday, May 5, 2021** Plaintiffs may file an amended complaint correcting the deficiencies identified in this Order. Failure to timely file will result in the closure of this action without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 21, 2021.



ROY B. DALTON JR.
United States District Judge