# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY COLUCCI and
VANESSA LORRAINE SKIPPER,

    Plaintiffs,

v.

HEALTH FIRST, INC.,

    Defendant.

CASE NO. 6:21-CV-00681-RBD-DAB

### Updated Status Report as to Negotiation Re: Aetna and Florida Blue Subpoena Compliance and Plaintiffs' Request For Hearing

Pursuant to Court's Order regarding status of negotiation regarding Aetna and Florida Blue subpoena compliance (Doc. 132), Plaintiffs submit this updated Status Report.

Counsel for Plaintiffs, Aetna, and Florida Blue conferred on Wednesday, October 5, 2022 and today Friday, October 7, 2022. These conferences are in addition to multiple consultations before their Status Report filed on October 3, 2022. Doc. 135. They have made substantial progress as to production issues.

During these multiple conferences Plaintiffs have made available their economic expert responsible for using the subpoenaed hospital data to estimate class-wide damages (for merits disclosure on February 15, 2023), Dr. John Gale.

As of this date, Plaintiffs' position is that the Plaintiffs and the non-parties have reached an impasse as to two or three issues despite their best efforts and good faith

negotiation; the non-parties' position, however, is that declaring an impasse is premature especially as certain aspects of the requested production were recently clarified. Accordingly, Plaintiffs seek a hearing at the Court's convenience and the specification of a date prior to the hearing for them to submit positions as to issues still in controversy by means of a joint submission; the non-parties do not agree with same.

The non-parties are prepared to continue seeking an agreed solution and respectfully submit that if Plaintiffs have determined that an impasse has been reached, the appropriate procedure would be Plaintiffs' filing of a motion to compel Florida Blue and Aetna to comply with Request No. 9 of the subpoenas served on or about July 1, 2022 under Fed. R. Civ. P. 45. (*See, e.g.*, Doc. 132 at ¶ 1) (order regarding discovery of other non-parties, stating "[i]f issues develop, an appropriate motion may be filed.")

Plaintiffs oppose any motion practice as dilatory. Plaintiffs' position is that an impasse has been reached and they believe the status report and early hearing procedure established by the Court should be continued to be used as an efficient way toward subpoena production, after Plaintiffs and the non-parties submit a joint statement of position noted above.

Aetna and Florida Blue counsel have reviewed this Report. This filing has been served by Plaintiffs on Aetna and Florida Blue via email this date.

| | |
|---|---|
| Dated: October 7, 2022 | Respectfully submitted, |
| BY: /s/ R. Stephen Berry<br>Trial Counsel<br>R. Stephen Berry<br>*(Admitted Pro Hac Vice)*<br>Berry Law PLLC<br>1100 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 296-1212<br>sberry@berrylawpllc.com | Trial Counsel<br>Tucker H. Byrd<br>Florida Bar No.381632<br>Byrd Campbell, P.A.<br>180 Park Avenue North, Ste 2A<br>Winter Park, FL 32789<br>Telephone: (407) 392-2285<br>Facsimile: (407)392-2286<br>TByrd@ByrdCampbell.com |
| | Ronald G. Meyer<br>Florida Bar Number 0148248<br>Meyer and Blohm, P.A.<br>Post Office Box 1547<br>Tallahassee, FL  32302<br>rmeyer@meyerblohmlaw.com<br>Telephone: (850) 878-5212 |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022 I caused the foregoing to be served by the ECF system on all counsel of record.  I also certify that a true and correct copy of the foregoing was served by electronic mail on October 7, 2022 on:

| | |
|---|---|
| Allison P. Gallagher<br>allison.gallagher@akerman.com<br>Akerman LLP<br>420 South Orange Avenue,<br>Suite 1200<br>Orlando, FL 32801-4904<br>*Counsel for Aetna Health, Inc.* | Frank Morreale<br>Frank.Morreale@hklaw.com<br>Holland & Knight, LLP<br>50 North Laura Street<br>Suite 3900<br>Jacksonville, FL 32202<br>*Counsel for Blue Cross and Blue Shield of Florida, Inc.* |
| | /s/ R. Stephen Berry<br>R. Stephen Berry |