**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY COLUCCI and
VANESSA LORRAINE
SKIPPER,
individually and on behalf of
those similarly situated,

        Plaintiffs,

v.                                Case No: 6:21-cv-681-RBD-RMN

HEALTH FIRST, INC.,

        Defendant.

## REPORT ON STATUS CONFERENCE

      This matter came before the Court on a scheduled status conference. The parties report that they are exchanging drafts with respect to a stipulated dismissal of the case. If they are unable to reach agreement on those terms, Plaintiffs will file a motion for dismissal pursuant to Rule 41, Fed. R. Civ. Pro., by Monday March 27, 2023.

      **REPORTED** in Orlando, Florida on March 21, 2023.

                                              *David A. Baker*
                                          DAVID A. BAKER
                                   UNITED STATES MAGISTRATE JUDGE