# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO. 6:21-CV-00681-RBD-RMN

ANTHONY COLUCCI and VANESSA LORRAINE SKIPPER,

    Plaintiffs,

v.

HEALTH FIRST, INC.,

    Defendant.

_____

## **STIPULATION OF DISMISSAL**

Plaintiffs Anthony Colucci and Vanessa Lorraine Skipper and Defendant Health First, Inc. hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed as to all claims, causes of action, and parties. The undersigned represent all the parties who have appeared in this action.

The parties stipulate and agree that the Court shall retain jurisdiction to resolve Health First's Rule 11 Motion that was served on Plaintiffs on June 14, 2022, and will be filed promptly.

Dated: March 23, 2023

| | |
|---|---|
| /s/ *Jason H. Kim* | */s/ Elizabeth B. Honkonen* |
| Jason H. Kim | Richard Alan Arnold |
| *(Admitted Pro Hac Vice)* | (Fla. Bar No. 196643) |
| SCHNEIDER WALLACE | Deborah S. Corbishley |
| COTTRELL KONECKY LLP | (Fla. Bar No. 588229) |

<div style="display: flex;">

<div>

300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkim@schneiderwallace.com

Tucker H. Byrd
(Florida Bar No. 381632)
BYRD CAMPBELL, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
TByrd@ByrdCampbell.com

R. Stephen Berry
*(Admitted Pro Hac Vice)*
BERRY LAW PLLC
1100 Connecticut Avenue NW, #645
Washington, DC 20036
Telephone: (202) 296-3020
Facsimile: (202) 296-3038
sberry@berrylawpllc.com

Ronald G. Meyer
Florida Bar No. 0148248
MEYER AND BLOHM, P.A.
Post Office Box 1547
Tallahassee, FL 32302
Telephone: (850) 878-5212
rmeyer@meyerblohmlaw.com

*Attorneys for Plaintiffs*

</div>

<div>

Elizabeth B. Honkonen
(Fla. Bar No. 0149403)
Christina M. Ceballos-Levy
(Fla. Bar No. 0411965)
KENNY NACHWALTER, P.A.
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile:   (305) 372-1861
rarnold@knpa.com
dsc@knpa.com
ebh@knpa.com
ccl@knpa.com

*Attorneys for Defendant*

</div>

</div>

2