**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY COLUCCI and
VANESSA LORRAINE SKIPPER,

    Plaintiffs,

v.  Case No:  6:21-cv-681-RBD-RMN

HEALTH FIRST, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal (Doc. 175). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated, except for Defendant's Motion for Sanctions (Doc. 176), which will remain pending until resolved. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 28, 2023.



ROY B. DALTON JR.
United States District Judge